1  COOPER, WHITE & COOPER LLP
   VIJAY K. TOKE (SBN 215079)
2    vtoke@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:   (415) 433-1900
4  Facsimile:   (415) 433-5530

5  GUY KORNBLUM & ASSOCIATES
   GUY O. KORNBLUM (SBN 39974)
6    GKornblum@kornblumlaw.com
   CLARK A. LAMMERS (SBN 252520)
7    CLammers@kornblumlaw.com
   1388 Sutter Street, Suite 820
8  San Francisco, California 94109
   Telephone: (415) 440-7800
9  Facsimile: (415) 440-7898

10 LAW OFFICES OF DAVID M. ZEFF
   DAVID M. ZEFF (SBN 632289)
11   dmz@zefflaw.com
   1388 Sutter Street, Suite 820
12 San Francisco, California 94109
   Telephone: (415) 923-1380
13 Facsimile: 415) 923-1382

14

   Attorneys for Plaintiff Original Joe's, Inc.
15

16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ORIGINAL JOE'S INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>PINSONNEAULT HOLDINGS, LLC, a California limited liability company; MAJESTIC, LLC, a California limited liability company,<br><br>            Defendants. | CASE NO. 3:09-cv-05203-CRB<br><br>**JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date:    February 10, 2010<br>Time:    9:30 a.m.<br>Crtrm.:   A, 15th Floor<br>Magistrate Judge Joseph C. Spero |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

627884.1                                                                                                          3:09-cv-05203-CRB
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE

**STIPULATION**

Plaintiff Original Joe's, Inc. and Defendants Pinsonneault Holdings, LLC, and Majestic, LLC, by and through their respective counsel, hereby stipulate and agree to a continuance of the Settlement Conference ordered by the Court, currently set for **January 6, 2009 at 9:30 a.m.** before the Magistrate Judge Joseph C. Spero in Courtroom A of the United States District Court, San Francisco, California, to **February 10, 2010**. The parties request that the Court issue an order re-setting the Settlement Conference for this date and providing deadlines for the submission of settlement conference statements in accordance with the new date.

DATED: December 23, 2009

COOPER, WHITE & COOPER LLP

By: _____
Vijay K. Toke,
Attorneys for Plaintiff ORIGINAL JOE'S, INC.

DATED:  December 23, 2009

LAW OFFICES OF KIRK B. FREEMAN

By_____
Kirk B. Freeman
Attorney for Defendants PINSONNEAULT HOLDINGS, LLC, and MAJESTIC, LLC

**ORDER**

Pursuant to the parties' Joint Stipulation Continuing the Settlement Conference, and good cause appearing, the Court hereby orders that Settlement Conference shall be set for February 10 2009, at 9:30 a.m. in Courtroom A. The Court shall issue an order regarding submission of settlement conference statements shortly.

IT IS SO ORDERED.

DATED: 12/23/09

_____
Magistrate Judge Joseph A. Spero
United States District Court

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

627884.1                                        1                                  3:09-cv-05203-CRB
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE