COOPER, WHITE & COOPER LLP
VIJAY K. TOKE (SBN 215079)
  vtoke@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

GUY KORNBLUM & ASSOCIATES
GUY O. KORNBLUM (SBN 39974)
  GKornblum@kornblumlaw.com
CLARK A. LAMMERS (SBN 252520)
  CLammers@kornblumlaw.com
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

LAW OFFICES OF DAVID M. ZEFF
DAVID M. ZEFF (SBN 632289)
  dmz@zefflaw.com
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 923-1380
Facsimile: 415) 923-1382

Attorneys for Plaintiff Original Joe's, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORIGINAL JOE'S INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PINSONNEAULT HOLDINGS, LLC, a California limited liability company; MAJESTIC, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 3:09-cv-05203-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date: February 10, 2010<br>Time: 9:30 a.m.<br>Crtrm.: A, 15th Floor<br>Magistrate Judge Joseph C. Spero |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

629285.1

3:09-cv-05203-CRB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

## STIPULATION

Plaintiff Original Joe's, Inc. and Defendants Pinsonneault Holdings, LLC, and Majestic LLC, by and through their respective counsel, hereby stipulate and agree to a continuance of the Settlement Conference ordered by the Court, currently set for **February 10, 2010** before the Magistrate Judge Joseph C. Spero in Courtroom A of the United States District Court, San Francisco, California. The parties have reached a tentative settlement and are in the process of reducing that settlement to writing. The parties request that the Court issue an order re-setting the Settlement Conference for a date available in March, 2010, providing deadlines for the submission of settlement conference statements in accordance with the new date.

DATED: January 27, 2010

COOPER, WHITE & COOPER LLP

By: _____
Vijay K. Toke,
Attorneys for Plaintiff ORIGINAL JOE'S, INC.

DATED: January 27, 2010

LAW OFFICES OF KIRK B. FREEMAN

By: _____
Kirk B. Freeman
Attorney for Defendants PINSONNEAULT HOLDINGS, LLC, and MAJESTIC LLC

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

629285.1

1

3:09-cv-05203-CRB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

**ORDER**

Pursuant to the parties' Joint Stipulation To Continue Settlement Conference, and good cause appearing, the Court hereby orders that Settlement Conference currently set for February 10, 2010 shall be continued to __March 2, 2010__, at 9:30 a.m. in Courtroom A. The Court shall issue an order regarding submission of settlement conference statements shortly.

IT IS SO ORDERED.

DATED: Jan. 28, 2010

_____
Hon. Joseph C. Spero
Magistrate Judge, United States District Court

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

2   3:09-cv-05203-CRB
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE