COOPER, WHITE & COOPER LLP
VIJAY K. TOKE (SBN 215079)
  vtoke@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

GUY KORNBLUM & ASSOCIATES
GUY O. KORNBLUM (SBN 39974)
  GKornblum@kornblumlaw.com
CLARK A. LAMMERS (SBN 252520)
  CLammers@kornblumlaw.com
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

LAW OFFICES OF DAVID M. ZEFF
DAVID M. ZEFF (SBN 632289)
  dmz@zefflaw.com
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 923-1380
Facsimile: 415) 923-1382

Attorneys for Plaintiff Original Joe's, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORIGINAL JOE'S INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>PINSONNEAULT HOLDINGS, LLC, a California limited liability company; MAJESTIC, LLC, a California limited liability company,<br><br>          Defendants. | CASE NO. 3:09-cv-05203-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

629286.2

3:09-cv-05203-CRB

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Original Joe's, Inc., Defendant Pinsonneault Holdings, LLC, and Defendant Majestic LLC hereby submit the following stipulation to dismiss the above-captioned action with prejudice:

IT IS HEREBY STIPULATED by and between the parties to this action that this action be dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

DATED: January 29, 2010

COOPER, WHITE & COOPER LLP

By: _____
Vijay K. Toke,
Attorneys for Plaintiff ORIGINAL JOE'S, INC.

DATED: January 29, 2010

LAW OFFICES OF KIRK B. FREEMAN

By: _____
Kirk B. Freeman
Attorney for Defendants PINSONNEAULT HOLDINGS, LLC, and MAJESTIC LLC

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

629286.2

1

3:09-cv-05203-CRB

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed in its entirety, with prejudice, each party bearing its respective fees and costs.

DATED: February 1, 2010



_____
Honorable Charles R. Breyer
Judge of the United States District Court

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111