COOPER, WHITE & COOPER LLP
VIJAY K. TOKE (SBN 215079)
  vtoke@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

GUY KORNBLUM & ASSOCIATES
GUY O. KORNBLUM (SBN 39974)
  GKornblum@kornblumlaw.com
CLARK A. LAMMERS (SBN 252520)
  CLammers@kornblumlaw.com
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

LAW OFFICES OF DAVID M. ZEFF
DAVID M. ZEFF (SBN 632289)
  dmz@zefflaw.com
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 923-1380
Facsimile: 415) 923-1382

Attorneys for Plaintiff Original Joe's, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORIGINAL JOE'S INC., a California corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>PINSONNEAULT HOLDINGS, LLC, a California limited liability company; MAJESTIC, LLC, a California limited liability company,<br><br>            Defendants. | CASE NO. 3:09-cv-05203-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

629286.2                                                                                                         3:09-cv-05203-CRB
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1    Plaintiff Original Joe's, Inc., Defendant Pinsonneault Holdings, LLC, and Defendant
2  Majestic LLC hereby submit the following stipulation to dismiss the above-captioned action with
3  prejudice:
4    IT IS HEREBY STIPULATED by and between the parties to this action that this action be
5  dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

DATED: January 29, 2010            COOPER, WHITE & COOPER LLP

                                   By: /s/ Vijay K. Toke
                                   Vijay K. Toke,
                                   Attorneys for Plaintiff ORIGINAL JOE'S, INC.


DATED: January 29, 2010            LAW OFFICES OF KIRK B. FREEMAN

                                   By: /s/ Kirk B. Freeman
                                   Kirk B. Freeman
                                   Attorney for Defendants PINSONNEAULT
                                   HOLDINGS, LLC, and MAJESTIC LLC

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

629286.2                                   1                              3:09-cv-05203-CRB
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

# ORDER

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed in its entirety, with prejudice, each party bearing its respective fees and costs.

DATED: __February 1__, 2010



_____
Honorable Charles R. Breyer
Judge of the District Court

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

629286.2        2        3:09-cv-05203-CRB
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE